IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, AIS #224802, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-51-WHA |
| OFFICER WIGGINS, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

On January 22, 2019, the Magistrate Judge entered a Recommendation (Doc. #3) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for leave to proceed *in forma pauperis* filed by the Plaintiff (Doc. 2) is DENIED.

3. This case is dismissed without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate Final Judgment will be entered.

DONE this 14th day of February, 2019.

                          /s/ W. Harold Albritton
                          SENIOR UNITED STATES DISTRICT JUDGE